NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RENEE ROULO,                              )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-4789
                                          )
PAUL DAVIS RESTORATION, INC.,             )
OF PINELLAS, d/b/a PAUL DAVIS,            )
RESTORATION; UNIVERSAL PROPERTY           )
& CASUALTY INSURANCE COMPANY;             )
KEREN POE, a/k/a KEREN POE SMITH;         )
LARRY SMITH; and FEDERAL                  )
INSURANCE COMPANY,                        )
                                          )
          Appellees.                      )
_____)

Opinion filed September 20, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
From the Circuit Court for Pinellas County;
Cynthia Newton, Judge.

Stephen Janes and Keith G. Shevenell of
HD Law Partners, Tampa, for Appellant.

Ryan D. Schoeb and Jason H. Klein of
Wood, Smith, Henning & Berman LLP,
Tampa, for Appellee Paul Davis Restoration,
Inc. of Pinellas.

Scott J. Edwards of Scott J. Edwards,
P.A., Boca Raton, for Appellee Universal
Property & Casualty Insurance Company.

Jedidiah Vander Klok and Irene Porter of
Hicks, Porter, Ebenfeld & Stein, P.A.,

Miami; and Paul M. Weekley and Megan B. Collins of Weekley Schulte Valdes Murman Tonelli, LLC, Tampa, for Appellees Karen Poe a/k/a Keren Poe Smith; Larry Smith; and Federal Insurance Company.

PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.